# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHAT TAN HUYNH,<br><br>Petitioner,<br><br>v.<br><br>D MARIN, *et al.*,<br><br>Respondents. | Case No. 5:26-cv-01235-VBF-ACCV<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' briefing, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in *de novo* review of those portions of the Report to which Respondents have objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) Judgment be entered GRANTING the Petition; (2) **a writ of habeas corpus is issued requiring Respondents to release Petitioner Phat Tan Huynh (A# 025075080) forthwith, and no later than one business day following the Court's order,** subject to the conditions of his prior OSUP, and preventing Petitioner's re-detention unless Respondents obtain a travel document for his removal and provided him adequate notice, an interview, and an

opportunity to be heard; (3) Respondents return all property confiscated from Petitioner during his arrest and processing into detention; (4) Respondents must file a status report regarding compliance with the Court's order within three court days of Petitioner's release; and (5) Respondents are prohibited from transferring Petitioner outside the District during the resolution of this petition.

DATE:  June 10, 2026

HON. VALERIE BAKER FAIRBANK
United States District Judge