**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

PHAT TAN HUYNH,

             Petitioner,

             v.

D MARIN, *et al.*,

             Respondents.

Case No. 5:26-cv-01235-VBF-ACCV

**JUDGMENT**

IT IS HEREBY ADJUDGED that the 28 U.S.C. § 2241 habeas corpus petition is granted, consistent with the reasons and findings set forth in the May 13, 2026 Report and Recommendation of United States Magistrate Judge.  (Dkt. No. 21.)

IT IS SO ADJUDGED.

Date:  June 10, 2026

*Valerie Baker Fairbank*
_____

HON. VALERIE BAKER FAIRBANK
Senior United States District Judge